IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BJORLIN,

      Plaintiff,                    No. CIV S-05-1741 MCE PAN P

   vs.

MASDEO, et al.,

      Defendants.          FINDINGS & RECOMMENDATIONS

_____/

      By order filed December 27, 2005, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. By order filed February 24, 2006, plaintiff was given an additional thirty days to file an amended complaint. The latter thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: April 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
bjor1741.fta