IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BJORLIN,

      Plaintiff,                    No. CIV S-05-1741 MCE PAN P

   vs.

MASDEO, et al.,

      Defendants.            ORDER

_____/

      Plaintiff has requested an extension of time to file objections to the April 7, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's April 13, 2006 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file objections to the April 7, 2006 findings and recommendations.

DATED: April 19, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp:001
bjor1741.36