IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BJORLIN,

        Plaintiff,                    No. CIV S-05-1741 MCE PAN P

    vs.

MASDEO, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: May 10, 2006.

                                                  /s/ John F. Moulds
                                      UNITED STATES MAGISTRATE JUDGE

12
bjor1741.59